UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY "LUNA" PEREZ, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 5:21-cv-01314 |
| | : |
| RHP STAFFING COMPANY, | : |
| RHP PROPERTIES, JOSEPH CARBONE, | : |
| VICKI GRAY-KAZMIERCZAK, LAURA | : |
| CALVACANTE, KIMBERLY LOMBARD, | : |
| SARAH VAN ASSCHE, MICHELLE SABIN, | : |
| MARGIE DISKIN, | : |
| | : |
| Defendants. | : |

## O R D E R

**AND NOW**, this 6th day of October 2021, upon consideration of the Defendants' partial motions to dismiss the Amended Complaint in this action, *see* ECF No. 8, 12[1], and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Defendants' partial motion to dismiss, see ECF No. 8, 12, is **GRANTED in part** and **DENIED in part** as follows

    a. Defendants' motion is **GRANTED** with respect to Plaintiff's hostile work environment claims and her claim of constructive discharge. These claims are **dismissed without prejudice**.

    b. Defendants' motion is **GRANTED** with respect to Plaintiff's claims of discrimination and retaliation that occurred prior to July 25, 2019. These claims are **dismissed with prejudice**.

---

[1]  The Defendants filed their original partial motion to dismiss on July 21, 2021 but forgot to attach Exhibit A to that motion. ECF. No. 8. The Defendants corrected their mistake by filing a second, identical partial motion to dismiss, this time attaching Exhibit A, on September 23, 2021. ECF No. 12. This Order refers to both motions throughout as a single motion.

    c. Defendants' motion is **GRANTED** with respect to Plaintiff's claims under Title VII that occurred prior to November 22, 2019. These claims are **dismissed with prejudice**.

    d. Defendants' motion is **GRANTED** with respect to Plaintiff's claims of race-based discrimination, with the exception of Plaintiff's claim of race-based discrimination regarding failure to promote. These claims are **dismissed without prejudice**.

    e. Defendants' motion is **GRANTED** with respect to defendants Vicki Gray-Kazmierczak and Laura Calvacante. These defendants are **dismissed without prejudice**.

    f. Defendants' motion is **GRANTED** with respect to Plaintiff's claim of retaliation under the ADA. This claim is **dismissed with prejudice**.

    g. The motion is **DENIED** in all other respects.

2. **Within twenty (20) days of the date of this Order**, Plaintiff may, consistent with the Opinion, file a second amended complaint as to any claims dismissed without prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge